IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED ✦
AUG 2 7 2013
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N.C.
By ___

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| VENDAI LAPRIEST IRICK | : | 1:13CR339-1 |
| DENZEL TIMOTHY RASHEEM SHIVERS | : | 1:13CR339-2 |
| RODNEY JERROLD DEVIN BYRD | : | 1:13CR339-3 |

The Grand Jury charges:

1. At all times material to the Indictment, Sterling Jewelers, Inc., doing business as Jared The Galleria of Jewelry, located at 6813 Fayetteville Road, Durham, North Carolina, was engaged in the jewelry business in an industry which affected interstate and foreign commerce.

2. On or about June 24, 2013, in the County of Durham, in the Middle District of North Carolina, VENDAI LAPRIEST IRICK, DENZEL TIMOTHY RASHEEM SHIVERS, and RODNEY JERROLD DEVIN BYRD did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that VENDAI LAPRIEST IRICK, DENZEL TIMOTHY RASHEEM SHIVERS, and RODNEY JERROLD DEVIN BYRD did knowingly and unlawfully take and obtain property consisting of jewelry and United States currency valued at

approximately $429,605.47 belonging to Sterling Jewelers, Inc., doing business as Jared The Galleria of Jewelry, located at 6813 Fayetteville Road, Durham, North Carolina, from the possession of an employee of the said business against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person, that is, by pointing a BB gun at the employee and demanding jewelry and cash; in violation of Title 18, United States Code, Sections 1951(a) and 2.

A TRUE BILL:

_____
KYLE D. POUSSON
SPECIAL ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY

2