UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

PATRICIA S. CONNOR
CLERK

TELEPHONE
(804) 916-2700

May 6, 2014

John S. Brubaker, Clerk
U.S. District Court
Middle District of North Carolina
324 West Market Street, Suite 401
Greensboro, NC 27401

Re: USA v. Irick et al
1:13-cr-00339-NCT-1

Dear Mr. Brubaker:

The enclosed notices of appeal were received by this court on April 24, 2014, and April 29, 2014.

In accordance with Rule 4(d) of the Federal Rules of Appellate Procedure, the notice has been date stamped and is being forwarded to your court for appropriate disposition. See FRAP 4(d) ("If a notice of appeal in either a civil or a criminal case is mistakenly filed in the court of appeals, the clerk of that court must note on the notice the date when it was received and send it to the district clerk. The notice is then considered filed in the district court on the date so noted.")

If this notice of appeal duplicates a notice already received by the district court, the notice need not be transmitted to this court a second time.

Yours truly,

/s/ Patricia S. Connor

Patricia S. Connor

PSC:dlg
Enclosure

cc: Vendai Lapriest Irick (w/ stamped 1st page)
Orange County Detention Facility
125 Court Street
Hillsborough, NC 27278

cc: Gregory Davis, Attorney (w/ stamped 1st page)
Office of Federal Public Defender
301 N. Elm Street, Suite 410
Greensboro, NC 27401

Envelope:

Return address:
Vandal Irish
135 Ont St
[illegible] NC 27[illegible]

Postmark: GREENSBORO NC 274 / PIEDMONT TRIAD AREA / 21 APR 2014 PM 4 L

Addressed to:
Fourth Circuit Court of Appeals
Clerk of the Court
501 [illegible]
11[illegible]
Richmond VA 23[illegible]

To whom it may concern my name is Vendai Irick an inmate in the Orange County Jail in Hillsborough N.C. I would like my case to be reviewed for an appeal My lawyer was Gregory Davis (336)333-5455 of the Middle District of North Carolina My offense was 1 count

Interference with Commerce by Robbery 18 U.S.C. §§ 1951(a) and 2
Not more than 20 years imprisonment / $250,000 fine or both, Class C Felony

This was my first charge and I got to much time the way my enhancements were enhanced I feel was unfair I started off with 20 points and ended up with 35 points which put me in the range of 11 years when I started of with just 2-3 years and I feel that was unfair. I would like to get a lawyer to look at my case for an appeal. Thank you

Vendai Irick

RECEIVED
2014 APR 24 AM 10:00
U.S. COURT OF APPEALS
FOURTH CIRCUIT

My lawyer was pushing for something between the range of 80-84 months but I would like to try my luck with an appeal.

RECEIVED
2014 APR 24 AM 10:00
U.S. COURT OF APPEALS
FOURTH CIRCUIT

To whom it may concern my name is Vendai LaPriest Irick, I would like to appeal my case. My base offense level was a 20 with my enhancements it was a 35 and this was my first offense ever. My first plea that I signed was 7-9 years and then I ended up with 10-13 years when my original plea was 7-9 years. I wanted to appeal my enhancements because while I was on state I was down to just 3 charges and all of the charges that the state dropped the feds enhanced me on. Plus I didn't go to trial but a witness got on the stand which I think swayed the judge to give us more time. The weapon we had was a pellet gun not a real gun, so I would like to have a lawyer to appeal my case.

Vendai L. Irick

Vendai Trick
26 Court St
Hillsborough, N.C. 27278

MAILED FROM ORANGE COUNTY DETENTION FACILITY

Fourth Circuit Court of Appeals
Clerk of the Court
501 U.S. Courthouse
100 East Main St
Richmond, VA. 23219

APR 29 2014